UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEI PORTNOY, | No. 2:20-cv-02486 JAM AC |
| Plaintiff, | |
| v. | ORDER |
| YOLO COUNTY SUPERIOR COURT, | |
| Defendants. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On December 22, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 3. Plaintiff filed objections to the findings and recommendations. ECF No. 4.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 22, 2020, are adopted in full; and

2. This case is dismissed without leave to amend pursuant to the doctrine of Younger abstention and/or the Rooker-Feldman doctrine.

1

1  DATED: January 25, 2021                  /s/ John A. Mendez
2                                            THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28